3-26-15

Billy Booker 021183
1800 Ridgemar
Cleburne, Texas 76031

Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk

To Whom It May Concern,

I am writing this letter in regards to a decision in the Tenth Court of Appeals in Waco, Texas dated 3-12-15. I was convicted in the 413th District Court of Johnson County, Texas of DWI in October of 2014. My case was sent to the Court of Appeals in Waco, Texas and my case was affirmed 3-12-15.

I received a letter from my appeals Attorney Lane E. Rugeley of Cleburne, Texas on 3-26-15, in which was dated 3-20-15 postmarked 3-23-15 and received 3-26-15. In this letter it stated that my case was affirmed Brief No. 10-14-00369-CR and that I had until 4-11-15 to file a Petition for Discrectionary Review. Being that I do not know how to file such a motion and was just given instructions and the address to do so I tried calling twice Mr. Rugeley and writing a letter in order to get my PDR filed since he is my court appointed appeals attorney and I can not reach him.

Being that I have only until 4-11-15 and today's date is 3-26-15 I would like to know how to file for an extension for the filing for my PDR in case my appeals attorney can not be reached to file it in the proper time frame. Any help in this matter will be

Greatly Appreciated.

Respectfully Submitted.

Billy Booker

3-26-15

Billy Booker 0911183
1900 Ridgemar
Cleburne, Texas 76031

Urgent
Legal

787112306808

# INMATE MAIL

Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

NORTH TEXAS TX PDC
DALLAS TX 750
27 MAR 2025 PM 6 L

FOREVER
USA